

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES R. GOLDMAN

                                           CASE NO.  3:02cv685  (CFD)

        V

MERCURY PARTNERS LLC
DAVID R. JARVIS
MALCOLM F. MACLEAN

<u>NOTICE TO COUNSEL</u>

The above-entitled case was reported to the Court on August 3, 2004 to be settled.  Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on **September 3, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

It is so ordered.

Dated at Hartford, Connecticut August 3, 2004.

                            KEVIN F. ROWE, CLERK

                            BY_____
                            Devorah Johnson
                            Deputy Clerk