UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 SEP 14 P 2: 40
U.S. DISTRICT COURT

JAMES R. COLDMAN              :

    Vs.                       :     CASE NO. 3:02CV685(CFD)

MERCURY PARTNERS LLC          :
DAVID R. JARVIS
MALCOLM F. MACLEAN

**JUDGMENT**

    Counsel of record having reported to the court on August 3, 2004 that the above-entitled case has settled;

    It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

    Dated at Hartford, Connecticut, September 3, 2004.


                                             KEVIN F. ROWE, CLERK

                                             BY _____
                                                Devorah Johnson
                                                Deputy Clerk

EOD _____